# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

_____

**In Re:**

    **Christopher J. Chadick**

              **Appellant,**        Civil Action No.: 5:10-cv-9 (NPM)

_____

**In Re:**

    **Yvonne Terrell Dickson**

                **Debtor.**           Bankruptcy Case No.: 08-33071

_____

Decision by Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the appeal from the December 8, 2009 Order of United States Bankruptcy Judge Margaret Cangilos-Ruiz in In Re: Yvonne Terrell Dickson, Bankruptcy Case Number: 08-33071, is DENIED and DISMISSED. This action is hereby closed.

All of the above pursuant to the Order of the Honorable Senior United States District Judge Neal P. McCurn, dated the 15th day of March, 2010.

DATED: March 16, 2010

*[signature]*
Clerk of Court

                s/ _____
                Melissa Ennis
                Deputy Clerk